FILED: March 31, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1256
(1:24-mc-00026-PTG-WBP)
_____

NELSON L. BRUCE

    Plaintiff - Appellant

v.

NATIONWIDE CREDIT CORPORATION, a/k/a NCC

    Defendant - Appellee

_____

O R D E R

_____

The court grants leave to proceed in forma pauperis.

                For the Court--By Direction

                <u>/s/ Nwamaka Anowi, Clerk</u>